IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01719-PAB

LITTLE CREEK COMMUNITY ASSOCIATION INC.,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on plaintiff's response [Docket No. 17] to the Court's Order to Show Cause [Docket No. 16]. Being satisfied that cause has been shown and that the Court has subject-matter jurisdiction over this case, it is

    **ORDERED** that the Order to Show Cause [Docket No. 16] is hereby discharged.

    DATED November 6, 2015.